# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK R. ALLISON, Individually, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-00291-APG-NJK<br>) |
| vs. | ) ORDER<br>) |
| TIMES SQUARE LAS VEGAS, LLC, a Nevada Limited Liability Company, | )<br>)<br>) |
| Defendant. | )<br>) |

      Pending before the Court is Defendant's Motion to Extend the Time for Defendant to Respond to the Complaint. Docket No. 11. The Court notes that an Answer has been filed in this case. Docket No. 12. The Court further notes that Plaintiff's counsel agreed to a prior Stipulation regarding extension, and thus does not oppose Defendant's Motion. *See* Docket No. 10. Accordingly, and for good cause shown, Defendant's Motion is **GRANTED**.

      IT IS SO ORDERED.

      DATED: April 9, 2014

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge